IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCINDA S. HARDIN,
    Plaintiff,

vs.                                                  Case No. 5:09cv94/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

## O R D E R

Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 3). In the affidavit of financial status, Plaintiff indicates that her monthly income is approximately $3,210.24, with monthly debts totaling approximately $1,812.83 ($1,386.83 + $426.00) (Doc. 3 at 3–4). It affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff has approximately $1,397.41 a month available in disposable income. Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is **DENIED**. To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 1st day of April 2009.

                                                              /s/ *Elizabeth M. Timothy*
                                                              **ELIZABETH M. TIMOTHY**
                                                              **UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCINDA S. HARDIN,
    Plaintiff,

vs.                            Case No. 5:09cv94/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## O R D E R

Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 3). In the affidavit of financial status, Plaintiff indicates that her monthly income is approximately $3,210.24, with monthly debts totaling approximately $1,812.83 ($1,386.83 + $426.00) (Doc. 3 at 3–4). It affirmatively appears that leave to proceed in forma pauperis should be denied, as Plaintiff has approximately $1,397.41 a month available in disposable income. Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is **DENIED**. To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 1st day of April 2009.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**