IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCINDA S. HARDIN,
    Plaintiff,

vs.                                      Case No. 5:09cv94/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

# O R D E R

Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has paid the filing fee and supplied prepared summonses (*see* Docs. 1, 5).

Accordingly, it is **ORDERED**:

1.    The clerk of court is directed to issue summonses and return them to counsel for Plaintiff so that she may effect service.

2.    After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant. Any paper submitted for filing after a response to the complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

**DONE AND ORDERED** this 6th day of May 2009.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**