IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCINDA S. HARDIN,
      Plaintiff,

vs.                              Case No. 5:09cv94/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
      Defendant.
_____/

**O R D E R**

      This cause is before the court upon Plaintiff's Response in Opposition (Doc. 17) to Defendant's Amended Motion to Dismiss (Doc. 12). Before the court rules on this matter, Defendant shall have an opportunity to reply to Plaintiff's response.

      Accordingly, it is **ORDERED**:

      Defendant shall reply to Plaintiff's response to the motion within **THIRTY (30) DAYS** from the date of docketing of this order.

      **DONE AND ORDERED** this 1st day of October 2009.


                        /s/ *Elizabeth M. Timothy*_____
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**