IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


LUCINDA S. HARDIN,
        Plaintiff,

vs.                                               Case No. 5:09cv94/RH/EMT

MICHAEL J. ASTRUE,
 Commissioner of the
 Social Security Administration,
           Defendant.
_____/

## ORDER

      Pending is the amended motion to dismiss filed by Defendant (Doc. 12), to which Plaintiff has responded (Doc. 17).  At the court's instruction (Doc. 18), Defendant filed a reply (Doc. 19).

      Upon review, the court concludes that Defendant's motion should be treated as one for summary judgment pursuant to Fed. R. Civ. P. 56.  The court will take the motion under advisement on **SEPTEMBER 7, 2010**.

      A motion for summary judgment will result in a final judgment being entered for the moving party if "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).  Any additional response by Plaintiff should be filed prior to the advisement date.  Additionally, consistent with the requirements of N.D. Fla. Loc. R. 56.1(B), all evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure must be filed with the court prior to the advisement date.  Only those evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on this motion.

      Accordingly, it is **ORDERED**:

      1.      The court will take Defendant's motion, treated as one for summary judgment, under

advisement on **SEPTEMBER 7, 2010**.

2.      Any additional response to the motion by Plaintiff and all evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure must be filed with the court *prior to* the advisement date.

**DONE AND ORDERED** this 20th day of August 2010.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**